**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **MELISSA ROLLING,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 5:12-CV-412(MTT)** |
| ) | |
| **WASHINGTON COUNTY REGIONAL** ) | |
| **MEDICAL CENTER,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

<u>**ORDER**</u>

The Discovery Status Report dated September 4, 2013 states that the Plaintiff

intends to dismiss this action.  (Doc. 12).  Also, the Plaintiff told the Court's courtroom

deputy in a telephone conversation that she wanted to dismiss her complaint.  The

decision whether to voluntarily dismiss her complaint is entirely one for the Plaintiff to

make.  Should she decide to dismiss, presumably without prejudice, the Plaintiff should

move to dismiss or file a stipulation of dismissal in accordance with Fed. R. Civ. P. 41.

**SO ORDERED,** this 10th day of October, 2013.


<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT