IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MELISSA ROLLING,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **WASHINGTON COUNTY REGIONAL** ) <br> **MEDICAL CENTER,** ) <br> ) <br> **Defendant.** ) <br> ) | CIVIL ACTION NO. 5:12-CV-412(MTT) |

## ORDER

The Discovery Status Report dated September 4, 2013 states that the Plaintiff intends to dismiss this action. (Doc. 12). Also, the Plaintiff told the Court's courtroom deputy in a telephone conversation that she wanted to dismiss her complaint. The decision whether to voluntarily dismiss her complaint is entirely one for the Plaintiff to make. Should she decide to dismiss, presumably without prejudice, the Plaintiff should move to dismiss or file a stipulation of dismissal in accordance with Fed. R. Civ. P. 41.

**SO ORDERED,** this 10th day of October, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT